Mary McC. Hastings, Respondent, *v.* John Claflin et al., Appellants.

(Argued March 18, 1892; decided April 12, 1892.)

Appeal from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made May 21, 1891, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*Michael A. Quinlan* for appellants.

*S. W. Jackson* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed, with ten per cent damages for delay.